MN-305
(5/94)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Underground Billiards Inc.  
Please Check One:  
☐ Unclaimed Dividends  
☒ Distribution Less Than $5

Chapter 7 Case No. 07-32060

| Name and Address of Claimant | Claim No. | Amt Claimed | Distribution |
|---|---|---|---|
| Farrish Johnson Law Office<br>PO Box 550, Mankato, MN 56002-0550 | 3 | $3,170.00 | $1.27 |
| Rug & Carpet<br>101 Country Club Drive Mankato MN 56001 | 4 | $2,106.89 | $.84 |
| The Canopy Group<br>202 South Main, Le Sueur, MN 56058 | 5 | $5,319.50 | $2.13 |
| Waste Management<br>2421 West Peoria Ave Phoenix AZ 85029 | 6 | $943.54 | $.38 |
| Brennans Wood & Concrete<br>1709 Hodgson Road N Mankato MN 56003 | 7 | $3,388.00 | $1.36 |
| Coca Cola Enterprises<br>521 Lake Kathy Drive, Brandon, FL 33510 | 10 | $2,685.00 | $1.08 |
| M&M Signs<br>PO Box 282 Mankato, MN 56001 | 13 | $3,595.60 | $1.44 |
| Kendell Dorrs & Hardware<br>PO Box 211520, Eagan, MN 55121 | 14 | $11,934.26 | $4.78 |
| Northern State Power Co.<br>1518 Chestnut Ave N Minneapolis MN 55403 | 15 | $3,544.75 | $1.42 |
| Degroods Electronics & Appliances<br>220 St. Andrews Dr. Mankato, MN 56001 | 16 | $674.57 | $.27 |
| Fairmont Fire Systems<br>209 Downtown Plaza, Fairmont MN 56031 | 19 | $2,204.20 | $.88 |

Dated: February 21, 2011

*/s/ Paul Bucher*  
PAUL W. BUCHER, TRUSTEE  
206 SOUTH BROADWAY SUITE 505  
P O BOX 549  
ROCHESTER MN 55903-0549  
TELEPHONE (507) 288-9111

RECEIVED 11 FEB 23 AM 11:11 U.S. BANKRUPTCY COURT ST. PAUL, MN

# 3399